# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADELE T. JETER, | Case No. 2:14-cv-01489-LDG-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | (Docket No. 6) |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for ADR selection. Docket No. 6. It appears that Plaintiff is relying on the ADR procedures from another District. *Cf.* Central District of California Local Rule 16-15. In this District, parties may simply file a motion for a settlement conference in the event they believe one should be held by the Court. Moreover, Defendants have not yet appeared in this case. Accordingly, the motion for ADR procedure is hereby **DENIED**.

IT IS SO ORDERED.

Dated: October 22, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE