# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DR. ADELE T. JETER, aka ADELE JETER-WHEATON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-01489-LDG (NJK)<br><br>**ORDER** |

       The plaintiff, Dr. Adele T. Jeter, brought this suit naming the United States of America, President Barrack Obama, and Senator Harry Reid as defendants.  In conjunction with this Order, the Court has entered an order substituting the United States of America for defendants President Obama and Senator Reid.

       As summarized by Jeter, her complaint is for "copyright infringement," and "arises out of the Defendant's [sic] unauthorized use, copying, reproduction, distribution, collection of money from Plaintiff's Intellectual [sic] property and the fruitage of her mind."  In her complaint, she alleges that she created and copyrighted a document, which she then circulated to hundreds of individuals including President Obama and Senator Reid.

Several years later, she asserts President Obama, with the support of Senator Reid, introduced the "'Obama 2012" [sic] DreamAct,'" in violation of her copyright.

To the extent that Jeter alleges claims for copyright infringement against the federal government, exclusive jurisdiction of those claims resides within the Court of Federal Claims,

To the extent that Jeter alleges tort claims separate from her claims of copyright infringement, she has failed to allege facts establishing that she exhausted her administrative remedies under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2401(b), 2671-2680.

To the extent that Jeter alleges a claim for unjust enrichment, she has failed to allege any facts suggesting that the United States has waived sovereign immunity.

Therefore, for good cause shown,

THE COURT **ORDERS** that Defendant's Motion to Dismiss (#21) is GRANTED.

THE COURT FURTHER **ORDERS** that the Plaintiff's Motion to Remove Incorrectly Filed Documents (#25), Motions for Entry of Clerks Default (##26, 27, 28, 29, 43), Motion to Amend Correct, and Motion to Strike (#69) are DENIED as moot.

DATED this \_\_4\_\_ day of February, 2015.

_____
Lloyd D. George
United States District Judge

2